The Honorable Magistrate Judge Steven L. Tiscione
Judge LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Place East
Brooklyn, NY 11201



Re: **Venice PI LLC v. Doe-24.44.143.124 et al: Civil Action No 1:17-cv-04249-LDH-ST**
**U.S. District Court for the Eastern District New York**
**MOTION TO QUASH**

Dear Magistrate Tiscione:

I am listed on the above action as Doe #3 IP 74.89.28.145 Port 47819, ISP Optimum Online. I was informed by Altice USA that they were served with a court order directing them to produce certain records in its possession relating to internet services supplied to me. This production will be done unless I make a Motion to Quash by close of business at 5:00 p.m. on October 30, 2017. I was also supplied with a copy of the Order.

I hereby respectfully request that this motion be quashed for the following reasons:

1. I have no money to hire an attorney to defend me so an onerous burden would be placed on me at the detriment of paying my living expenses for something I didn't do. That is why I am filing this Motion *Pro Se*.
2. I am innocent of the charges numerated in the order. I am not internet savvy and would not know how to do this stuff, even if I would be so inclined. The extent of my internet experience is to play games on my cell phone. I am a hard worker who works 40 hours as an aid to the elderly and struggle every day just to make ends meet. I have no time for internet *shenanigans*.
3. I do not currently own a computer.
4. I have no idea how this Venice PI matter ended up in my IP address (I wasn't even aware I had one).
5. I did not receive an "Infringement Notice" from Altice USA, and today before making this Motion to Quash, I again checked with Altice to verify if one was sent. They verified that no such notice was sent.
6. I also did not receive the Digital Millennium Copyright Act Notice claimed to have been sent by Plaintiff's attorney.
7. Plaintiff's attorney states in his letter to the Court dated July 21, 2017, second paragraph, lines 5-9 that ***without Plaintiffs authorization, each of the Doe defendants individually and collectively…used BitTorrent to search for, reproduce and distribute over the internet countless copies of the subject motion picture…thereby violating Plaintiff's exclusive rights protected by the Copyright Act. This is completely false.
8. <u>I never heard of the movie *Once Upon a time In Venice*; I have never heard of BitTorrent file-sharing software; I have no association with other "DOES" mentioned in the order; I did not repeatedly distribute the motion picture in question and definitely did not distribute over 2,000+ other copyrighted works.</u>
9. For all the reasons stated above, I respectfully request that Altice USA should not be allowed to produce the records in its possession to Plaintiff's attorneys.

Respectfully submitted,

Doe #3 IP 74.89.28.145 Port 47819,(ISP Optimum Online)