Bryan N. DeMatteo (BD 3557)
bryan@demfirm.com
DeMatteo Law, PLLC
830 Third Avenue, 5th Floor
New York, NY 10022
Tel.: (866) 645-4169
Fax: (732) 301-9202
*Attorneys for Plaintiff*
*Venice PI, LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENICE PI, LLC, *Plaintiff*, v. DOE—24.44.143.124, DOE—69.119.77.225, DOE—72.69.112.50, DOE—69.206.251.48, DOE—68.174.245.29, DOE—104.162.59.192, DOE—74.89.28.145, DOE—108.41.126.57, DOE—72.69.42.199, DOE—72.69.110.142, DOE—74.101.20.69, DOE—108.27.42.215, DOE—142.255.26.3, DOE—74.66.235.201, and DOE—98.14.213.161, *Defendants*. | Civ. A. No. 1:17-cv-04249-LDH-ST |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, a copy of the Court's November 6, 2017 minute order declaring as moot a motion to quash filed by an Internet subscriber assigned IP address 74.89.28.145 was served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the address of said subscriber provided to Plaintiff by Altice f/k/a Cablevision d/b/a Optimum Online.

DATED: November 6, 2017

*/s/ Bryan N. DeMatteo*
Bryan N. DeMatteo
bryan@demfirm.com
DeMatteo Law, PLLC

830 Third Avenue, 5th Floor
New York, NY 10022
Tel.: (866) 645-4169
Fax: (732) 301-9202
*Attorneys for Plaintiff*
*Venice PI, LLC*